IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED IN OPEN COURT
FEB 2 4 2010
BY: _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. CR-09-191-F |
| DAVID GROSE, | ) |
| Defendant. | ) |

## VERDICT

We, the jury, being duly sworn and upon our oaths, find the defendant, David Grose:

With respect to Count 1 --

Not Guilty _____     Guilty __[signed]__

With respect to Count 2 --

Not Guilty _____     Guilty __[signed]__

With respect to Count 3 --

Not Guilty _____     Guilty __[signed]__

__24 Feb 10__
DATE

__[signed]__
FOREPERSON

09-0191p005.VERDICT.wpd